UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DZIEDZIC, DAVID | § | Case No. 14-01561 |
| | § | |
| Debtor | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/20/2014 . The undersigned trustee was appointed on 02/27/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $      246,193.94

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 454.37 |
   | Bank service fees | 4,707.70 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]       $      241,031.87

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/28/2014 and the deadline for filing governmental claims was 07/28/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,559.70 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 15,559.70 , for a total compensation of $ 15,559.70 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 29.73 , for total expenses of $ 29.73 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/23/2017                By:/s/R. SCOTT ALSTERDA
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-01561 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | | | Date Filed (f) or Converted (c): | 01/20/14 (f) |
| | | | | 341(a) Meeting Date: | 02/27/14 |
| For Period Ending: 02/23/17 | | | | Claims Bar Date: | 07/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence located at 11 N. Greenwood | 301,000.00 | 24,808.14 | | 24,808.14 | FA |
| 2. Commerical building located at 2615 Grant Street, Order Granting Abandonment [Dkt 120] | 300,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Commercial building located at 405 Lively Boulevar | 480,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 2 unit apartment building located at 3458 Monitor, [Dkt 46] Order Granting Motion to Require Abandonment of Real Property dated 4-16-14 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 5. Vacant lot located at 260 Freedom Rd., Jackson, WI Order Granting Abandonment [Dkt 120] | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 6. Single family residence located at 206 N. Lincoln, Order Granting Abandonment [Dkt 120] | 582,000.00 | 4,892.25 | OA | 4,892.25 | FA |
| 7. Cash | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Checking account with Fifth Third Bank | 276.90 | 0.00 | | 0.00 | FA |
| 9. Checking account with Chase | 294.12 | 0.00 | | 0.00 | FA |
| 10. Savings account with Fifth Third Bank | 103.65 | 0.00 | | 0.00 | FA |
| 11. Savings account with Chase | 242.40 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 14-01561 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | | | | Date Filed (f) or Converted (c): | 01/20/14 (f) |
| | | | | | 341(a) Meeting Date: | 02/27/14 |
| | | | | | Claims Bar Date: | 07/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. 405 Lively Boulevard Bldg. Account with Fifth Thir | 1,720.37 | 0.00 | OA | 0.00 | FA |
| 13. 3458 N. Monitor Bldg. Account with Fifth Third Ban | 512.31 | 0.00 | OA | 0.00 | FA |
| 14. Households goods and furnishing located at 11 N. G | 2,940.00 | 3,647.71 | | 3,647.71 | FA |
| 15. Various art pieces. | 11,000.00 | 1,773.32 | | 1,773.32 | FA |
| 16. Wine cellar contents | 2,100.00 | 2,186.79 | | 2,186.79 | FA |
| 17. Ordinary assortment of men's wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 18. Watches | 4,810.00 | 11,541.29 | | 11,541.29 | FA |
| 19. 3 shot guns | 2,300.00 | 2,067.34 | | 2,067.34 | FA |
| 20. Whole life insurance policies with Prudential. Acc | 50,425.00 | 0.00 | | 0.00 | FA |
| 21. Illinois Bright Star Account f/b/o Amanda Dzidzic | 190,000.00 | 0.00 | | 0.00 | FA |
| 22. Morgan Stanley IRA account (114376) | 153,023.00 | 0.00 | | 0.00 | FA |
| 23. Morgan Stanley IRA account (114379) (Subject to $1 | 217,627.00 | 0.00 | | 0.00 | FA |
| 24. Morgan Stanley IRA account (114382) | 73,304.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-01561 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | | | Date Filed (f) or Converted (c): | 01/20/14 (f) |
| | | | | 341(a) Meeting Date: | 02/27/14 |
| | | | | Claims Bar Date: | 07/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. IFD, Inc.- General contracting company and co-defe | 0.00 | 0.00 | OA | 0.00 | FA |
| 26. Associated Environmental, LLC- Non-operating compa | 0.00 | 0.00 | OA | 0.00 | FA |
| 27. Opus Insurance, Inc.- Inactive insurance agency | 0.00 | 0.00 | OA | 0.00 | FA |
| 28. D&D Architectural Products, Inc. Business is windi | 106,000.00 | 103,976.69 | | 103,976.69 | FA |
| 29. AMD, Inc.- Importer of construction products. Debt | 30,800.00 | 30,800.00 | | 28,300.13 | FA |
| 30. 1990 Porsche 911 | 12,500.00 | 10,100.00 | | 9,000.00 | FA |
| 31. 2012 Nissan Pathfinder (Co-owned with IFD, Inc.) | 18,000.00 | 0.00 | | 0.00 | FA |
| 32. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 33. Vehicle 2010 Dodge Caravan (u) (Driven and paid for by Brent Patterson) | 9,000.00 | 0.00 | | 0.00 | FA |
| 34. Bears PSL (Amended B) (u) | 3,000.00 | 3,675.28 | | 3,675.28 | FA |
| 35. Sellers Judgment (Amended B) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 36. 2013 Federal Tax Refund (u) | 67,026.00 | 67,026.00 | | 43,346.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 4

Exhibit A

| Case No: | 14-01561 | JPC | Judge: JACQUELINE P. COX |
|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | | |

| Trustee Name: | R. SCOTT ALSTERDA |
|---|---|
| Date Filed (f) or Converted (c): | 01/20/14 (f) |
| 341(a) Meeting Date: | 02/27/14 |
| Claims Bar Date: | 07/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 37. 2013 State Tax Refund (u) | 12,200.00 | 12,200.00 | | 6,979.00 | FA |
| TOTALS (Excluding Unknown Values) | $2,859,204.75 | $278,694.81 | | $246,193.94 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor has filed a claim objection.

Initial Projected Date of Final Report (TFR): 01/31/16    Current Projected Date of Final Report (TFR): 07/31/16

        /s/    R. SCOTT ALSTERDA
_____ Date: 02/23/17
        R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-01561 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0627 | | | |
| For Period Ending: | 02/23/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/14 | 28 | D & D Architectural Products, Inc. 405 Lively Blvd. Elk Grove Village, IL 60007 | Profit Distribution | 1129-000 | 103,976.69 | | 103,976.69 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.85 | 103,926.84 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 154.48 | 103,772.36 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 149.30 | 103,623.06 |
| 07/16/14 | 30 | Marc A. Austwick 1400 Fairway Dr. Lake Forest, IL 60045 | 1990 Porsche 911 [Dkt 84] | 1129-000 | 9,000.00 | | 112,623.06 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 160.54 | 112,462.52 |
| 09/04/14 | 030001 | BHHS KoenigRubloff Realty Group 2301 N. Clark Street, Suite 202 Chicago, IL 60614 | Broker's Price Opinion [Dkt 97] | 3731-000 | | 200.00 | 112,262.52 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 167.20 | 112,095.32 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 161.50 | 111,933.82 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 166.41 | 111,767.41 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 160.81 | 111,606.60 |
| | | | Page Subtotals | | 112,976.69 | 1,370.09 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 19.06c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 14-01561 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- | --- |
| Case Name: | DZIEDZIC, DAVID | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0627 | | | |
| For Period Ending: | 02/23/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 165.91 | 111,440.69 |
| 01/13/15 | | David A. Dziedzic<br>11 N Greenwood<br>Park Ridge, IL 60068 | See Report of Sale [Dkt 106] | | 78,000.00 | | 189,440.69 |
| | 1 | DAVID A. DZIEDZIC | Memo Amount: 24,808.14<br>Sale of Real Estate | 1110-000 | | | |
| | 14 | DAVID A. DZIEDZIC | Memo Amount: 3,647.71<br>Household goods and furnishings | 1129-000 | | | |
| | 15 | DAVID A. DZIEDZIC | Memo Amount: 1,773.32<br>Various artwork | 1129-000 | | | |
| | 16 | DAVID A. DZIEDZIC | Memo Amount: 2,186.79<br>119 bottles of wine | 1129-000 | | | |
| | 18 | DAVID A. DZIEDZIC | Memo Amount: 11,541.29<br>9 mens watches | 1129-000 | | | |
| | 19 | DAVID A. DZIEDZIC | Memo Amount: 2,067.34<br>3 shotguns | 1129-000 | | | |
| | 29 | DAVID A. DZIEDZIC | Memo Amount: 28,300.13<br>700 shares in AMD, Inc. | 1129-000 | | | |
| | 34 | DAVID A. DZIEDZIC | Memo Amount: 3,675.28<br>Chicago Bears Personal Seat License | 1229-000 | | | |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 233.01 | 189,207.68 |
| 02/20/15 | 030002 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 | | 106.10 | 189,101.58 |

Page Subtotals 78,000.00 505.02

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 19.06c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 14-01561 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | DZIEDZIC, DAVID | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0627 | | | |
| For Period Ending: | 02/23/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 254.06 | 188,847.52 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 280.84 | 188,566.68 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 271.31 | 188,295.37 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 279.94 | 188,015.43 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 270.49 | 187,744.94 |
| 07/20/15 | 6 | Wells Fargo Home Mortgage P.O. Box 10335 Des Moines, IA 50306-0335 | Mortgage Account Refund | 1110-000 | 4,037.25 | | 191,782.19 |
| 08/06/15 | 6 | Wells Fargo Home Mortgage P.O. Box 10335 Des Moines, IA 50306-0335 | Mortgage Account Refund | 1110-000 | 805.00 | | 192,587.19 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 281.25 | 192,305.94 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 285.67 | 192,020.27 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 276.29 | 191,743.98 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 285.07 | 191,458.91 |
| 11/20/15 | 36, 37 | David A Dziedzic 11 N. Greenwood Ave. | 2013 State and Federal Tax Refund | 1224-000 | 50,325.00 | | 241,783.91 |

Page Subtotals        55,167.25        2,484.92

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 19.06c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-01561 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0627 | | |
| For Period Ending: | 02/23/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Park Ridge, IL 60068-3224 | | | | | |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 294.76 | 241,489.15 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 359.01 | 241,130.14 |
| 02/12/16 | 030003 | Arthur B. Levine Company<br>Attention Maria Sponza<br>370 Lexington Avenue, Suite 1101<br>New York, New York 10017 | Bond Payment | 2300-000 | | 148.27 | 240,981.87 |
| 05/10/16 | 6 | Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Home Mortgage | 1110-000 | 50.00 | | 241,031.87 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 78,000.00 | COLUMN TOTALS | 246,193.94 | 5,162.07 | 241,031.87 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 246,193.94 | 5,162.07 | |
| Memo Allocation Net: | 78,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 246,193.94 | 5,162.07 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 78,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********9974 | 246,193.94 | 5,162.07 | 241,031.87 |
| Total Memo Allocation Net: | 78,000.00 | | 246,193.94 | 5,162.07 | 241,031.87 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   50.00   802.04

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-01561 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******9974  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0627 |  |  |
| For Period Ending: | 02/23/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********9974)

Trustee's Signature:  /s/  R. SCOTT ALSTERDA   Date: 02/23/17
R. SCOTT ALSTERDA

Page Subtotals         0.00         0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 23, 2017 |
|---|---|---|---|---|---|---|
| Case Number: | 14-01561 | Claim Class, Priority Sequence | | | | |
| Debtor Name: | DZIEDZIC, DAVID | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000<br>2200-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $29.73 | $29.73 |
| 000<br>2100-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $15,559.70 | $15,559.70 |
| 001<br>3711-00 | BHHS KoenigRubloff Realty Group<br>2301 N. Clark Street, Suite 202<br>Chicago, IL 60614 | Administrative | | $0.00 | $200.00 | $200.00 |
| 001<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $49,318.50 | $49,318.50 |
| 001<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $414.44 | $414.44 |
| 001<br>3410-00 | Popowcer Katten, Ltd.<br>c/o Lois West<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $1,861.50 | $1,861.50 |
| 001<br>3711-00 | Roberta Kramer & Associates<br>c/o Roberta Kramer<br>1422 W. Altgeld Street<br>Chicago, IL 60614-2010 | Administrative | | $0.00 | $1,425.00 | $1,425.00 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Administrative | | $0.00 | $254.37 | $254.37 |
| 000010<br>039<br>5100-00 | Deanna Dziedzic<br>206 N. Lincoln Ave<br>Park Ridge, IL 60068 | Priority | (10-1) Property Settlement<br>(10-1) Modified on 7.29.2014 to correct creditor's address (MG)<br>(10-2) Amended Claim #10 filed by Deanna Dziedzic, Amount claimed: $442000.00 | $0.00 | $442,000.00 | $442,000.00 |
| 000004B<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $176.68 | $176.68 | $176.68 |
| 000005B<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $21,703.44 | $21,703.44 | $21,703.44 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: February 23, 2017 | |
|---|---|---|---|---|---|---|
| Case Number: 14-01561<br>Debtor Name: DZIEDZIC, DAVID | | Claim Class, Priority Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000001<br>070<br>7100-00 | American Express Bank, FSB (1006)<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (1-1) CREDIT CARD DEBT | $21,292.26 | $21,292.26 | $21,292.26 |
| 000002<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (2-1) CREDIT CARD DEBT | $60,064.38 | $60,064.38 | $60,064.38 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (3-1) CREDIT CARD DEBT | $16,721.81 | $16,721.81 | $16,721.81 |
| 000004A<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | (4-1) Unemployment tax | $198.11 | $198.11 | $198.11 |
| 000005A<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | (5-1) Unemployment tax | $2,104.74 | $2,104.74 | $2,104.74 |
| 000006B<br>070<br>7100-00 | Albany Bank & Trust Company NA<br>3400 W Lawrence Ave<br>Chicago, IL 60625 | Unsecured | | $17,716.55 | $17,716.55 | $17,716.55 |
| 000007<br>070<br>7100-00 | Helen M Dziedzic Trust dated May 5, 2004<br>5431 N. Parkside<br>Chicago, IL 60630 | Unsecured | | $312,940.77 | $312,940.77 | $312,940.77 |
| 000008<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (8-1) CREDIT CARD DEBT | $7,819.30 | $7,819.30 | $7,819.30 |
| 000009B<br>070<br>7100-00 | FirstMerit Bank, N.A.<br>c/o Lauren Newman<br>Thompson Coburn LLP<br>55 E. Monroe Street - 37th Floor<br>Chicago, IL 60603 | Unsecured | | $466,042.00 | $466,042.00 | $466,042.00 |
| 000006A<br>050<br>4110-00 | Albany Bank & Trust Company NA<br>3400 W Lawrence Ave<br>Chicago, IL 60625 | Secured | (6-1) Breach of note and mortgage<br>(6-1) Modified on 7.16.2014 to correct creditor's name & address (MG)<br>No collateral proceeds (no distribution on secured claim) | $317,716.55 | $300,000.00 | $300,000.00 |

CREGIS2   UST Form 101-7-TFR (5/1/2011) *(Page: 13)*                                                    Printed: 02/23/17 10:38 AM   Ver: 19.06c

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 23, 2017 |

Case Number:  14-01561  
Debtor Name:  DZIEDZIC, DAVID

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009A 050 4110-00 | FirstMerit Bank, N.A. c/o Lauren Newman Thompson Coburn LLP 55 E. Monroe Street - 37th Floor Chicago, IL 60603 | Secured | (9-1) real estate mortgages No collaterial proceeds (no distribution on secured claim) | $1,185,000.00 | $1,185,000.00 | $1,185,000.00 |
| | Case Totals: | | | $2,429,496.59 | $2,922,843.28 | $2,922,843.28 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-01561
Case Name: DZIEDZIC, DAVID
Trustee Name: R. SCOTT ALSTERDA

| | Balance on hand | $ | 241,031.87 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006A | Albany Bank & Trust Company NA | $ 300,000.00 | $ 300,000.00 | $ 0.00 | $ 0.00 |
| 000009A | FirstMerit Bank, N.A. | $ 1,185,000.00 | $ 1,185,000.00 | $ 0.00 | $ 0.00 |

| | | | |
|---|---|---|---|
| | Total to be paid to secured creditors | $ | 0.00 |
| | Remaining Balance | $ | 241,031.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 15,559.70 | $ 0.00 | $ 15,559.70 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 29.73 | $ 0.00 | $ 29.73 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 49,318.50 | $ 0.00 | $ 49,318.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 414.44 | $ 0.00 | $ 414.44 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,861.50 | $ 0.00 | $ 1,861.50 |
| Other: Roberta Kramer & Associates | $ 1,425.00 | $ 0.00 | $ 1,425.00 |
| Other: BHHS KoenigRubloff Realty Group | $ 200.00 | $ 200.00 | $ 0.00 |
| Other: Arthur B. Levine Company | $ 254.37 | $ 254.37 | $ 0.00 |

|  | Total to be paid for chapter 7 administrative expenses | $ 68,608.87 |
|---|---|---|
|  | Remaining Balance | $ 172,423.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 463,880.12  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Deanna Dziedzic | $ 442,000.00 | $ 0.00 | $ 172,423.00 |
| 000004B | Illinois Department of Employment | $ 176.68 | $ 0.00 | $ 0.00 |
| 000005B | Illinois Department of Employment | $ 21,703.44 | $ 0.00 | $ 0.00 |

|  | Total to be paid to priority creditors | $ 172,423.00 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 904,899.92  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB (1006) | $ 21,292.26 | $ 0.00 | $ 0.00 |
| 000002 | American Express Bank, FSB | $ 60,064.38 | $ 0.00 | $ 0.00 |
| 000003 | American Express Bank, FSB | $ 16,721.81 | $ 0.00 | $ 0.00 |
| 000004A | Illinois Department of Employment | $ 198.11 | $ 0.00 | $ 0.00 |
| 000005A | Illinois Department of Employment | $ 2,104.74 | $ 0.00 | $ 0.00 |
| 000007 | Helen M Dziedzic Trust dated May 5, 2004 | $ 312,940.77 | $ 0.00 | $ 0.00 |
| 000008 | American Express Bank, FSB | $ 7,819.30 | $ 0.00 | $ 0.00 |
| 000006B | Albany Bank & Trust Company NA | $ 17,716.55 | $ 0.00 | $ 0.00 |
| 000009B | FirstMerit Bank, N.A. | $ 466,042.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $_____0.00

Remaining Balance      $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE