IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: DAVID DZIEDZIC  ) CHAPTER 7
 )
DEBTOR ) Case No. 14-01561
 )
 ) HON. JACQUELINE P. COX
 )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:  POPOWCER KATTEN, LTD.

Authorized to Provide
Professional Services to:  R. SCOTT ALSTERDA, TRUSTEE

Date of Order authorizing Employment: August 11, 2015

Period for Which
Compensation is Sought: From January 19, 2016 through March 21, 2016

Amount of Fees Sought:  $ 1,861.50

Amount of Expense Reimbursement Sought: $0.00

This is an: Interim Application_____   Final Application__X__

Previous applications / allowances of this applicant:

Fees Sought:  NONE          Fees Allowed:  NONE
Costs Sought: NONE          Costs Allowed: NONE

Applicant:

Date: March 21, 2016

By: /s/ Lois West

Lois West, CPA
Certifying Professional

POPOWCER KATTEN, LTD.
35 E. Wacker Drive, Suite 1550
Chicago, IL 60601-2124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  DAVID DZIEDZIC | ) | CASE NO. 14-01561 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| DEBTOR | ) | |

TO: THE HONORABLE JACQUELINE P. COX
    BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on January 20, 2014 and this Court on August 11, 2015 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2. Applicant requests $ 1,861.50 in compensation for 7.3 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period January 19, 2016 through March 21, 2016.

3. A description of the nature of the services rendered by the Applicant is as follows:

> Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the for the final year ended December 31, 2015 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 7.3 | $255 | $ 1,861.50 |
| Total | 7.3 | | $ 1,861.50 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $ 1,861.50 for the accounting services rendered in this case and reimbursement of expenses of $0 incurred.

DATE: March 21, 2016                    RESPECTFULLY SUBMITTED,

                                        *Lois West*
                                        Lois West
                                        Certifying Professional
                                        35 E. Wacker Drive
                                        Chicago, IL  60601-2124



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

Invoice No. 28587

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of David Dziedzic (14-01561)
- c/o R. Scott Alsterda, Trustee
- Nixon Peabody, LLP
- Three First National Plaza, Suite 3500
- Chicago, IL 60602

**Date:** March 21, 2016                                    **Account No.:** ALS1008L

For Professional Services Rendered:

For accounting and tax services rendered January 19, 2016 through March 21, 2016 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2015 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue requesting an expedited audit in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|        | Title                  | Hours | Rate   | Amount     |
|--------|------------------------|-------|--------|------------|
| L. West | Bankruptcy Specialist | 7.3   | $255.  | $ 1,861.50 |
|        | Total due:             | 7.3   |        | $ 1,861.50 |

EXHIBIT A

## ESTATE OF DAVID DZIEDZIC (14-01561)

### Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 1/19/2016 | Tax Return Preparation - Review information received - draft email to trustee re: additional information needed re: settlement / sale of various items and dissolution of company. | 1.0 | L. West | $255 | 255.00 |
| 2/18/2016 | Tax Return Preparation - Prepare workpapers for 2015 tax return. Prepare schedule of assets sold/ transferred to allocate settlement proceeds to various assets. Review information received from trustee re: cost basis information for items transferred per settlement agreement and enter information into schedule. Calculate gain / loss on assets transferred per settlement agreement. | 2.3 | L. West | $255 | 586.50 |
| 2/18/2016 | Tax Return Preparation - Prepare federal and state fiduciary returns for final year ended 12/31/15 - forms 1041/1040 and IL-1041/IL-1040. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Draft statement for attachment to returns re: bankruptcy filing and make manual changes as required. | 3.2 | L. West | $255 | 816.00 |
| 2/21/2016 | Tax Review - Final review check assembly and sign federal and state fiduciary returns for final year ended 12/31/15 forms 1041/1040 and IL-1041/IL-1040. | 0.3 | L. West | $255 | 76.50 |
| 3/21/2016 | Administrative - Preparation of final fee application. | 0.5 | L. West | $255 | 127.50 |
| | Total | 7.3 | | | 1,861.50 |

EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re:<br>DAVID DZIEDZIC,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  14-01561<br><br>Chapter: 7<br>Honorable Jacqueline P Cox |

### ORDER AUTHORIZING TRUSTEE TO EMPLOY LOIS WEST
### AND POPOWCER KATTEN, LTD. AS TAX ACCOUNTANTS

This matter coming to be heard on the Trustee's Application To Employ Lois West and Popowcer Katten, Ltd. as Tax Accountants (the "Application"), the Court having jurisdiction of the parties and the matters set forth in the Application, due and proper notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1.) The Trustee is authorized to employ Lois West and the other personnel of Popowcer Katten, Ltd. to perform tax and tax-related accounting services on behalf of the Trustee in the captioned bankruptcy case effective as of July 17, 2015.

2.) Compensation for services rendered and reimbursement of expenses incurred by Popowcer Katten are subject to further order of this Order.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: August 11, 2015

**Prepared by:**

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 14-01561
DAVID DZIEDZIC, )
) Chapter: 7
) Honorable Jacqueline Cox
)
Debtor(s) )

**ORDER AWARDING COMPENSATION FOR TRUSTEE'S ACCOUNTANT**

THIS MATTER COMING BEFORE THE COURT for hearing on the Trustee's Accountant's First and Final Application for the allowance of fees, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the requested compensation for the Trustee's Accountant is allowed as follows;

1. Popowcer Katten, Ltd., Accountant for Trustee
   Compensation $1,861.50
2. Popowcer Katten, Ltd., Accountant for Trustee
   Expenses $0.00

TOTAL COMPENSATION: $1,861.50

Enter:

Dated:                                                          United States Bankruptcy Judge

**Prepared by:**
R. Scott Alsterda (ARDC 3126771)
70 West Madison, Suite 3500
Chicago, IL 60602-4283
312-977-9203
312-977-4405 (Fax)
rsalsterda@nixonpeabody.com

Rev: 20130104_bko