UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 14-01561 |
| | ) | Chapter 7 |
| DAVID DZIEDZIC, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on March 7, 2017, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

| | |
|---|---|
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604<br>312-886-5785<br>USTPRegion11.ES.ECF@usdoj.gov | |
| **Riccardo A. DiMonte**<br>Di Monte & Lizak LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068<br>847-698-9600 Ext. 218<br>847-698-9623 (fax)<br>rdimonte@dimonteandlizak.com | Representing:<br>**RPW Holdings, Inc.**<br>c/o DiMonte & Lizak, LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068<br>847-698-9600<br>847-698-9623 (fax)<br>rdimonte@dimontelaw.com<br>*(Creditor)* |
| **Robert P. Whitesell**<br>DiMonte & Lizak, LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068<br>847-698-9600<br>847-698-9623 (fax)<br>rdimonte@dimontelaw.com | Representing:<br>**RPW Holdings, Inc.**<br>c/o DiMonte & Lizak, LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068<br>847-698-9600<br>847-698-9623 (fax)<br>rdimonte@dimontelaw.com<br>*(Creditor)* |

| | |
|---|---|
| **Jeffrey W Finke**<br>Law Office of Jeffrey W. Finke<br>55 West Wacker Drive, Suite 1400<br>Chicago, IL 60601-1799<br>312-606-3333<br>312-419-1729 (fax)<br>jwfinke@mindspring.com | Representing:<br>**Albany Bank and Trust Company, N.A.**<br>*(Creditor)* |
| **Richard M. Fogel**<br>Shaw Fishman Glantz & Towbin LLC<br>321 N Clark St., Suite 800<br>Chicago, IL 60654<br>312-276-1334<br>312-980-3888 (fax)<br>rfogel@shawfishman.com | Representing:<br>**David Dziedzic**<br>11 N. Greenwood<br>Park Ridge, IL 60068<br>*(Debtor 1)* |
| **Keith Levy**<br>Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH 43216-5028<br>614-220-5611<br>614-627-8181 (fax)<br>kl1@mdk-llc.com | Representing:<br>**Fifth Third Mortgage Company**<br>Madisonville Operations Center<br>5001 Kingsley Dr.<br>MD 1MOBBW<br>Cincinnati, OH 45227<br>*(Creditor)* |
| **Erica Crohn Minchella**<br>Erica Crohn Minchella, Ltd.<br>7538 St. Louis Ave.<br>Skokie, IL 60076<br>847-677-6772<br>erica.minchella@gmail.com | Representing:<br>**Deanna Dziedzic**<br>206 N. Lincoln<br>Park Ridge, IL 60068<br>*(Creditor)* |
| **Andrew J Nelson**<br>MRPierce, LLC, d/b/a McCalla Raym et.al.<br>1 North Dearborn St. Suite 1300<br>Chicago, IL 60602<br>312-346-9088 Ext. 5154<br>anelson@atty-pierce.com | Representing:<br>**WELLS FARGO BANK, N.A.**<br>*(Creditor)* |
| **Lauren Newman**<br>Thompson Coburn LLP<br>55 E Monroe, 37th Floor<br>Chicago, IL 60603<br>312-580-2328<br>312-782-3659 (fax)<br>lnewman@thompsoncoburn.com | Representing:<br>**FirstMerit Bank, N.A.**<br>*(Creditor)* |

4838-9691-4752.1
296090-000001

| | |
|---|---|
| **Brian L Shaw**<br>Shaw Fishman Glantz & Towbin LLC<br>321 N Clark Street, Suite 800<br>Chicago, IL 60610<br>312-541-0151<br>312-980-3888 (fax)<br>bshaw100@shawfishman.com | Representing:<br>**David Dziedzic**<br>11 N. Greenwood<br>Park Ridge, IL 60068<br>*(Debtor 1)* |
| **Julia Jensen Smolka**<br>Dimonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068<br>847-698-9600 Ext. 231<br>847-698-9623 (fax)<br>jjensen@dimonteandlizak.com | Representing:<br>**RPW Holdings, Inc.**<br>c/o DiMonte & Lizak, LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068<br>847-698-9600<br>847-698-9623 (fax)<br>rdimonte@dimontelaw.com<br>*(Creditor)* |
| **Robert P. Whitesell**<br>DiMonte & Lizak, LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068<br>847-698-9600<br>847-698-9623 (fax)<br>rdimonte@dimontelaw.com | Representing:<br>**RPW Holdings, Inc.**<br>c/o DiMonte & Lizak, LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068<br>847-698-9600<br>847-698-9623 (fax)<br>rdimonte@dimontelaw.com<br>*(Creditor)* |
| **Toni Townsend**<br>McCalla Raymer Pierce, LLC<br>One North Dearborn, Suite 1200<br>Chicago, IL 60602<br>312-476-5174<br>toni.townsend@pierceservices.com | Representing:<br>**WELLS FARGO BANK, N.A.**<br>*(Creditor)* |
| **Gloria C Tsotsos**<br>Codilis & Associates PC<br>15W030 North Frontage Rd Suite 100<br>Burr Ridge, IL 60527<br>630-794-5300 Ext. 1136<br>nd-two@il.cslegal.com | Representing:<br>**Fifth Third Mortgage Company**<br>Madisonville Operations Center<br>5001 Kingsley Dr.<br>MD 1MOBBW<br>Cincinnati, OH 45227<br>*(Creditor)* |

and I hereby further certify that on March 7, 2017, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** and **Certificate of Service** to the following non-registered individuals with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

3

**Albany Bank & Trust Company NA**
3400 W Lawrence Ave
Chicago, IL 60625

**Ally**
PO BOX 380902
Minneapolis, MN 55438

**American Express**
Box 0001
Los Angeles, CA 90096-8000

**American Express Bank, FSB**
c/o Becket and Lee LLP
PO BOX 3001
Malvern, PA 19355-0701

**Blue Book Building & Construction**
PO Box 500
Jefferson Valley, NY 10535

**Canon Financial Services**
158 Gaither Dr., Suite 200
Mount Laurel, NJ 08054

**Canon Solutions America**
300 Commerce Square Blvd.
Burlington, NJ 08016

**Cari Anne Cantofio**
5548 N. Monitor, Unit 1
Chicago, IL 60630

**Chase Auto Finance**
Mail Code: AZ1-1191
201 N. Central
Phoenix, AZ 85004

**Cody Colacino & Catherine Massey**
5548 N. Monitor, Unit 2
Chicago, IL 60630

**Comcast**
2508 W. Route 120
McHenry, IL 60051-4712

**Comed**
Bill Payment Center
Chicago, IL 60668-0001

**Construction & General**
Laborers' District Council
999 McClintock Dr., Suite 300
Burr Ridge, IL 60527

**Cook County Treasurer**
118 North Clark Street
Chicago, IL 60602

**Deanna Dziedzic**
206 N. Lincoln Ave.
Park Ridge, IL 60068

**FedEx**
PO Box 94515
Palatine, IL 60094-4515

**Fifth Third Bank**
PO Box 630900
Cincinnati, OH 45263-0900

**Fifth Third Mortgage Company**
5001 Kingsley Drive
MD: 1M0CBQ
Cincinnati, OH 45227

**Fifth Third Mortgage Company**
c/o Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

**First Merit Bank**
PO Box 3648
Akron, OH 44309

**FP Mailing Solutions**
140 N. Mitchell Ct.
Suite 200
Addison, IL 60101-5629

**Frankenmuth Insurance**
c/o Access Receivables
PO Box 1377
Cockeysville, MD 21030-9998

**Helen M Dziedzic Trust dated 5/5/2004**
5431 N. Parkside
Chicago, IL 60630

4838-9691-4752.1
296090-000001

| | |
|---|---|
| **Illinois Department of Employment Security**<br>Attn: Bankruptcy Unit - 10th flr.<br>33 South State Street<br>Chicago, Illinois 60603 | **Peterson Appraisal Group, Ltd.**<br>6035 N. Northwest Hwy.<br>Suite 200<br>Chicago, IL 60631 |
| **Illinois Department of Revenue**<br>100 W. Randolph<br>Bankruptcy Section L 7-425<br>Chicago, IL 60602 | **Rieff, Schramm, Kanter & Guttman**<br>100 N. LaSalle St.<br>23rd Floor<br>Chicago, IL 60602 |
| **Illinois Dept of Employment Security**<br>33 S. State Street, 10th Floor<br>Chicago, IL 60603-2802 | **United Mileage Plus Visa Chase**<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| **Illinois School Guide**<br>School District Publishing<br>PO Box 489<br>Riesel, TX 76682 | **Village of Bellwood**<br>3200 Washington Blvd.<br>Bellwood, IL 60104-1984 |
| **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Wells Fargo**<br>PO Box 5296<br>Carol Stream, IL 60197-5296 |
| **Nicor Gas**<br>PO Box 5407<br>Carol Stream, IL 60197-5407 | **Wells Fargo Bank, N.A.**<br>C/O Pierce and Associates<br>One North Dearborn, Ste. 1300<br>Chicago, IL 60602 |
| **Nissan Motor Acceptance Corp**<br>PO Box 660360<br>Dallas,TX 75266 | |

Dated: March 7, 2017         R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for David Dziedzic, Debtor

/s/  R. Scott Alsterda
*One of his attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.); (312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

2

4838-9691-4752.1
296090-000001