# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| DZIEDZIC, DAVID | § | Case No. 14-01561 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,563,724.75         Assets Exempt: 757,204.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 172,423.00    Claims Discharged
                                                Without Payment: 1,198,482.04

Total Expenses of Administration: 73,770.94

---

3) Total gross receipts of $ 246,193.94  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 246,193.94  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 4,470,560.55 | $ 1,485,000.00 | $ 1,485,000.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 73,770.94 | 73,770.94 | 73,770.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 24,005.12 | 463,880.12 | 463,880.12 | 172,423.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 904,899.92 | 904,899.92 | 904,899.92 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 5,399,465.59 | $ 2,927,550.98 | $ 2,927,550.98 | $ 246,193.94 |

4) This case was originally filed under chapter 7 on 01/20/2014 . The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2017          By:/s/R. SCOTT ALSTERDA
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single family residence located at 11 N. Greenwood | 1110-000 | 24,808.14 |
| Single family residence located at 206 N. Lincoln, | 1110-000 | 4,892.25 |
| Households goods and furnishing located at 11 N. G | 1129-000 | 3,647.71 |
| Various art pieces. | 1129-000 | 1,773.32 |
| Wine cellar contents | 1129-000 | 2,186.79 |
| Watches | 1129-000 | 11,541.29 |
| 3 shot guns | 1129-000 | 2,067.34 |
| D&D Architectural Products, Inc. Business is windi | 1129-000 | 103,976.69 |
| AMD, Inc.- Importer of construction products. Debt | 1129-000 | 28,300.13 |
| 1990 Porsche 911 | 1129-000 | 9,000.00 |
| 2013 Federal Tax Refund | 1224-000 | 43,346.00 |
| 2013 State Tax Refund | 1224-000 | 6,979.00 |
| Bears PSL (Amended B) | 1229-000 | 3,675.28 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| **TOTAL GROSS RECEIPTS** | | **$246,193.94** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Albany Bank 3400 Lawrence Ave. Chicago, IL 60625 | | 311,000.00 | NA | NA | 0.00 |
| | Chase Auto Finance Mail Code: AZ1-1191 201 N. Central Phoenix, AZ 85004 | | 19,944.00 | NA | NA | 0.00 |
| | Cook County Treasurer 118 North Clark Street Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Fifth Third Bank P.O. Box 630900 Cincinnati, OH 45263-0900 | | 237,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Mortgage Company 5001 Kingsley Drive MD: 1M0CBQ Cincinnati, OH 45227 | | 232,900.00 | NA | NA | 0.00 |
| | First Merit Bank P.O. Box 3648 Akron, OH 44309 | | 1,650,000.00 | NA | NA | 0.00 |
| | Helen Dziedzic 5431 N. Parkside Chicago, IL 60630 | | 308,000.00 | NA | NA | 0.00 |
| | Wells Fargo P.O. Box 5296 Carol Stream, IL 60197-5296 | | 209,000.00 | NA | NA | 0.00 |
| 000006A | ALBANY BANK & TRUST COMPANY NA | 4110-000 | 317,716.55 | 300,000.00 | 300,000.00 | 0.00 |
| 000009A | FIRSTMERIT BANK, N.A. | 4110-000 | 1,185,000.00 | 1,185,000.00 | 1,185,000.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 4,470,560.55 | $ 1,485,000.00 | $ 1,485,000.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | 2100-000 | NA | 15,559.70 | 15,559.70 | 15,559.70 |
| R. SCOTT ALSTERDA AS TRUSTEE | 2200-000 | NA | 29.73 | 29.73 | 29.73 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 254.37 | 254.37 | 254.37 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | NA | 4,707.70 | 4,707.70 | 4,707.70 |
| NIXON PEABODY LLP | 3110-000 | NA | 49,318.50 | 49,318.50 | 49,318.50 |
| NIXON PEABODY LLP | 3120-000 | NA | 414.44 | 414.44 | 414.44 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,861.50 | 1,861.50 | 1,861.50 |
| BHHS KOENIGRUBLOFF REALTY GROUP | 3711-000 | NA | 200.00 | 200.00 | 200.00 |
| ROBERTA KRAMER & ASSOCIATES | 3711-000 | NA | 1,425.00 | 1,425.00 | 1,425.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 73,770.94 | $ 73,770.94 | $ 73,770.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cari Anne Cantofio 5548 N. Monitor Unit 1 Chicago, IL 60630 | | 1,200.00 | NA | NA | 0.00 |
| | Cody Colacino & Catherine Massey 5548 N. Monitor Unit 2 Chicago, IL 60630 | | 925.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section L 7-425 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| 000010 | DEANNA DZIEDZIC | 5100-000 | 0.00 | 442,000.00 | 442,000.00 | 172,423.00 |
| 000004B | ILLINOIS DEPARTMENT OF EMPLOYMENT | 5800-000 | 176.68 | 176.68 | 176.68 | 0.00 |
| 000005B | ILLINOIS DEPARTMENT OF EMPLOYMENT | 5800-000 | 21,703.44 | 21,703.44 | 21,703.44 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 24,005.12 | $ 463,880.12 | $ 463,880.12 | $ 172,423.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | 0.00 | NA | NA | 0.00 |
| | United Mileage Plus Visa Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | 0.00 | NA | NA | 0.00 |
| 000006B | ALBANY BANK & TRUST COMPANY NA | 7100-000 | 17,716.55 | 17,716.55 | 17,716.55 | 0.00 |
| 000001 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 21,292.26 | 21,292.26 | 21,292.26 | 0.00 |
| 000002 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 60,064.38 | 60,064.38 | 60,064.38 | 0.00 |
| 000003 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 16,721.81 | 16,721.81 | 16,721.81 | 0.00 |
| 000008 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 7,819.30 | 7,819.30 | 7,819.30 | 0.00 |
| 000009B | FIRSTMERIT BANK, N.A. | 7100-000 | 466,042.00 | 466,042.00 | 466,042.00 | 0.00 |
| 000007 | HELEN M DZIEDZIC TRUST DATED MAY 5, | 7100-000 | 312,940.77 | 312,940.77 | 312,940.77 | 0.00 |
| 000004A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | 198.11 | 198.11 | 198.11 | 0.00 |
| 000005A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | 2,104.74 | 2,104.74 | 2,104.74 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 904,899.92 | $ 904,899.92 | $ 904,899.92 | $ 0.00 |

Case 14-01561   Doc 145   Filed 05/10/17   Entered 05/10/17 14:45:21   Desc Main
Document      Page 10 of 19

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-01561 JPC Judge: JACQUELINE P. COX | Trustee Name: R. SCOTT ALSTERDA |
| Case Name: | DZIEDZIC, DAVID | Date Filed (f) or Converted (c): 01/20/14 (f) |
| | | 341(a) Meeting Date: 02/27/14 |
| For Period Ending: 04/24/17 | | Claims Bar Date: 07/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence located at 11 N. Greenwood | 301,000.00 | 24,808.14 | | 24,808.14 | FA |
| 2. Commerical building located at 2615 Grant Street, Order Granting Abandonment [Dkt 120] | 300,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Commercial building located at 405 Lively Boulevar | 480,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 2 unit apartment building located at 3458 Monitor, [Dkt 46] Order Granting Motion to Require Abandonment of Real Property dated 4-16-14 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 5. Vacant lot located at 260 Freedom Rd., Jackson, WI Order Granting Abandonment [Dkt 120] | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 6. Single family residence located at 206 N. Lincoln, Order Granting Abandonment [Dkt 120] | 582,000.00 | 4,892.25 | OA | 4,892.25 | FA |
| 7. Cash | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Checking account with Fifth Third Bank | 276.90 | 0.00 | | 0.00 | FA |
| 9. Checking account with Chase | 294.12 | 0.00 | | 0.00 | FA |
| 10. Savings account with Fifth Third Bank | 103.65 | 0.00 | | 0.00 | FA |
| 11. Savings account with Chase | 242.40 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-01561 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | | | Date Filed (f) or Converted (c): | 01/20/14 (f) |
| | | | | 341(a) Meeting Date: | 02/27/14 |
| | | | | Claims Bar Date: | 07/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. 405 Lively Boulevard Bldg. Account with Fifth Thir | 1,720.37 | 0.00 | OA | 0.00 | FA |
| 13. 3458 N. Monitor Bldg. Account with Fifth Third Ban | 512.31 | 0.00 | OA | 0.00 | FA |
| 14. Households goods and furnishing located at 11 N. G | 2,940.00 | 3,647.71 | | 3,647.71 | FA |
| 15. Various art pieces. | 11,000.00 | 1,773.32 | | 1,773.32 | FA |
| 16. Wine cellar contents | 2,100.00 | 2,186.79 | | 2,186.79 | FA |
| 17. Ordinary assortment of men's wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 18. Watches | 4,810.00 | 11,541.29 | | 11,541.29 | FA |
| 19. 3 shot guns | 2,300.00 | 2,067.34 | | 2,067.34 | FA |
| 20. Whole life insurance policies with Prudential. Acc | 50,425.00 | 0.00 | | 0.00 | FA |
| 21. Illinois Bright Star Account f/b/o Amanda Dzidzic | 190,000.00 | 0.00 | | 0.00 | FA |
| 22. Morgan Stanley IRA account (114376) | 153,023.00 | 0.00 | | 0.00 | FA |
| 23. Morgan Stanley IRA account (114379) (Subject to $1 | 217,627.00 | 0.00 | | 0.00 | FA |
| 24. Morgan Stanley IRA account (114382) | 73,304.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 19.07a

Case 14-01561   Doc 145   Filed 05/10/17   Entered 05/10/17 14:45:21   Desc Main
Document   Page 12 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

Exhibit 8

| Case No.: | 14-01561 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | DZIEDZIC, DAVID | | | | Date Filed (f) or Converted (c): | 01/20/14 (f) |
| | | | | | 341(a) Meeting Date: | 02/27/14 |
| | | | | | Claims Bar Date: | 07/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. IFD, Inc.- General contracting company and co-defe | 0.00 | 0.00 | OA | 0.00 | FA |
| 26. Associated Environmental, LLC- Non-operating compa | 0.00 | 0.00 | OA | 0.00 | FA |
| 27. Opus Insurance, Inc.- Inactive insurance agency | 0.00 | 0.00 | OA | 0.00 | FA |
| 28. D&D Architectural Products, Inc. Business is windi | 106,000.00 | 103,976.69 | | 103,976.69 | FA |
| 29. AMD, Inc.- Importer of construction products. Debt | 30,800.00 | 30,800.00 | | 28,300.13 | FA |
| 30. 1990 Porsche 911 | 12,500.00 | 10,100.00 | | 9,000.00 | FA |
| 31. 2012 Nissan Pathfinder (Co-owned with IFD, Inc.) | 18,000.00 | 0.00 | | 0.00 | FA |
| 32. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 33. Vehicle 2010 Dodge Caravan (u)   (Driven and paid for by Brent Patterson) | 9,000.00 | 0.00 | | 0.00 | FA |
| 34. Bears PSL (Amended B) (u) | 3,000.00 | 3,675.28 | | 3,675.28 | FA |
| 35. Sellers Judgment (Amended B) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 36. 2013 Federal Tax Refund (u) | 67,026.00 | 67,026.00 | | 43,346.00 | FA |

LFORM1                                                                                                                                     Ver: 19.07a

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 4

Exhibit 8

| Case No: | 14-01561 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | | | Date Filed (f) or Converted (c): | 01/20/14 (f) |
| | | | | 341(a) Meeting Date: | 02/27/14 |
| | | | | Claims Bar Date: | 07/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 37. 2013 State Tax Refund (u) | 12,200.00 | 12,200.00 | | 6,979.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,859,204.75 | $278,694.81 | | $246,193.94 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor has filed a claim objection.

Initial Projected Date of Final Report (TFR): 01/31/16     Current Projected Date of Final Report (TFR): 07/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-01561 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0627 | | | |
| For Period Ending: | 04/24/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/14 | 28 | D & D Architectural Products, Inc. 405 Lively Blvd. Elk Grove Village, IL 60007 | Profit Distribution | 1129-000 | 103,976.69 | | 103,976.69 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.85 | 103,926.84 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 154.48 | 103,772.36 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 149.30 | 103,623.06 |
| 07/16/14 | 30 | Marc A. Austwick 1400 Fairway Dr. Lake Forest, IL 60045 | 1990 Porsche 911 [Dkt 84] | 1129-000 | 9,000.00 | | 112,623.06 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 160.54 | 112,462.52 |
| 09/04/14 | 030001 | BHHS KoenigRubloff Realty Group 2301 N. Clark Street, Suite 202 Chicago, IL 60614 | Broker's Price Opinion [Dkt 97] | 3711-000 | | 200.00 | 112,262.52 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 167.20 | 112,095.32 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 161.50 | 111,933.82 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 166.41 | 111,767.41 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 160.81 | 111,606.60 |
| | | | Page Subtotals | | 112,976.69 | 1,370.09 | |

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-01561 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******9974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0627 |  |  |
| For Period Ending: | 04/24/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 165.91 | 111,440.69 |
| 01/13/15 |  | David A. Dziedzic<br>11 N Greenwood<br>Park Ridge, IL 60068 | See Report of Sale [Dkt 106] |  | 78,000.00 |  | 189,440.69 |
|  | 1 | DAVID A. DZIEDZIC | Memo Amount:     24,808.14<br>Sale of Real Estate | 1110-000 |  |  |  |
|  | 14 | DAVID A. DZIEDZIC | Memo Amount:     3,647.71<br>Household goods and furnishings | 1129-000 |  |  |  |
|  | 15 | DAVID A. DZIEDZIC | Memo Amount:     1,773.32<br>Various artwork | 1129-000 |  |  |  |
|  | 16 | DAVID A. DZIEDZIC | Memo Amount:     2,186.79<br>119 bottles of wine | 1129-000 |  |  |  |
|  | 18 | DAVID A. DZIEDZIC | Memo Amount:     11,541.29<br>9 mens watches | 1129-000 |  |  |  |
|  | 19 | DAVID A. DZIEDZIC | Memo Amount:     2,067.34<br>3 shotguns | 1129-000 |  |  |  |
|  | 29 | DAVID A. DZIEDZIC | Memo Amount:     28,300.13<br>700 shares in AMD, Inc. | 1129-000 |  |  |  |
|  | 34 | DAVID A. DZIEDZIC | Memo Amount:     3,675.28<br>Chicago Bears Personal Seat License | 1229-000 |  |  |  |
| 02/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 233.01 | 189,207.68 |
| 02/20/15 | 030002 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 |  | 106.10 | 189,101.58 |

Page Subtotals        78,000.00        505.02

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-01561 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0627 | | |
| For Period Ending: | 04/24/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 254.06 | 188,847.52 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 280.84 | 188,566.68 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 271.31 | 188,295.37 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 279.94 | 188,015.43 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 270.49 | 187,744.94 |
| 07/20/15 | 6 | Wells Fargo Home Mortgage P.O. Box 10335 Des Moines, IA 50306-0335 | Mortgage Account Refund | 1110-000 | 4,037.25 | | 191,782.19 |
| 08/06/15 | 6 | Wells Fargo Home Mortgage P.O. Box 10335 Des Moines, IA 50306-0335 | Mortgage Account Refund | 1110-000 | 805.00 | | 192,587.19 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 281.25 | 192,305.94 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 285.67 | 192,020.27 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 276.29 | 191,743.98 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 285.07 | 191,458.91 |
| 11/20/15 | 36, 37 | David A Dziedzic 11 N. Greenwood Ave. | 2013 State and Federal Tax Refund | 1224-000 | 50,325.00 | | 241,783.91 |

Page Subtotals       55,167.25       2,484.92

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 16)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-01561 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0627 | | |
| For Period Ending: | 04/24/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Park Ridge, IL 60068-3224 | | | | | |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 294.76 | 241,489.15 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 359.01 | 241,130.14 |
| 02/12/16 | 030003 | Arthur B. Levine Company<br>Attention Maria Sponza<br>370 Lexington Avenue, Suite 1101<br>New York, New York 10017 | Bond Payment | 2300-000 | | 148.27 | 240,981.87 |
| 05/10/16 | 6 | Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Home Mortgage | 1110-000 | 50.00 | | 241,031.87 |
| 03/31/17 | 030004 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 15,559.70 | 225,472.17 |
| 03/31/17 | 030005 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 29.73 | 225,442.44 |
| 03/31/17 | 030006 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 49,318.50 | 176,123.94 |
| 03/31/17 | 030007 | Nixon Peabody LLP | Attorney for Trustee Expenses (Trus | 3120-000 | | 414.44 | 175,709.50 |

Page Subtotals         50.00      66,124.41

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-01561 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0627 | | |
| For Period Ending: | 04/24/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 70 West Madison Street Suite 3500 Chicago, IL 60602 | | | | | |
| 03/31/17 | 030008 | Popowcer Katten, Ltd. c/o Lois West 35 East Wacker Drive Suite 1550 Chicago, IL 60601-2124 | Accountant for Trustee Fees (Other | 3410-000 | | 1,861.50 | 173,848.00 |
| 03/31/17 | 030009 | Roberta Kramer & Associates c/o Roberta Kramer 1422 W. Altgeld Street Chicago, IL 60614-2010 | Appraiser for Trustee Fees | 3711-000 | | 1,425.00 | 172,423.00 |
| 03/31/17 | 030010 | Deanna Dziedzic 740 Overhill Ave. Park Ridge, IL 60068 | Claim 000010, Payment 39.00973% deannadz@gmail.com | 5100-000 | | 172,423.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 78,000.00 | COLUMN TOTALS | 246,193.94 | 246,193.94 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 246,193.94 | 246,193.94 | |
| Memo Allocation Net: | 78,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 246,193.94 | 246,193.94 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 78,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******9974 | 246,193.94 | 246,193.94 | 0.00 |
| Total Memo Allocation Net: | 78,000.00 | | 246,193.94 | 246,193.94 | 0.00 |
| | | Page Subtotals | 0.00 | 175,709.50 | |

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 18)

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-01561 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DZIEDZIC, DAVID | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0627 | | |
| For Period Ending: | 04/24/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: __/s/ R. SCOTT ALSTERDA_____  Date: 04/24/17
R. SCOTT ALSTERDA

Page Subtotals    0.00    0.00

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*